**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| YASER AL-HASI v. RUTH A. DOROCHOFF, in her official capacity as District Director of U.S. Citizenship and Immigration Services. | FILED: JUNE 2, 2008<br>08CV3182    TG<br>JUDGE NORDBERG<br>MAGISTRATE JUDGE MASON |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

YASER AL-HASI, Plaintiff

| NAME (Type or print) |
|---|
| Khalil J. Khalil |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Khalil J. Khalil/ |

| FIRM |
|---|
| Law Offices of Kameli & Associates, P.C. |

| STREET ADDRESS |
|---|
| 111 E. Wacker Dr., Suite 555 |

| CITY/STATE/ZIP |
|---|
| Chicago, Illinois 60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6281904 | 312-233-1000 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ✓ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✓ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐