# United States District Court for the Northern District of Illinois

Case Number: 08CV3182          Assigned/Issued By: DAJ

Judge Name:                    Designated Magistrate Judge:

## FEE INFORMATION

*Amount Due:*   ☐ $350.00    ☐ $39.00    ☐ $5.00

                ☐ IFP        ☐ No Fee    ☐ Other _____

                ☐ $455.00

Number of Service Copies _____       Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____           Receipt #: _____

Date Payment Rec'd: _____        Fiscal Clerk: _____

## ISSUANCES

☑ Summons                              ☐ Alias Summons

☐ Third Party Summons                  ☐ Lis Pendens

☐ Non Wage Garnishment Summons         ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons   _____
                                       _____
☐ Citation to Discover Assets          (Victim, Against and $ Amount)

☐ Writ _____
      (Type of Writ)

_1_ Original and _0_ copies on _06/03/08_ as to _US ATTORNEY_
                                  (Date)

C:\wpwin80\docket\feeinfo.frm    03/14/05