IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | | |
|---|---|---|
| YASER AL-HASI, | ) | |
| | ) | Case No: 08 CV 3182 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Hon. J. Nordberg |
| | ) | |
| RUTH A. DOROCHOFF, in her official capacity as District Director of United States Citizenship and Immigration Services, | ) ) ) ) ) | Hon. Magistrate J. Mason |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S NOTICE OF DISMISSAL**

Plaintiff Yaser Al-Hasi ("Plaintiff"), by and through his attorneys, the Law Offices of Kameli & Associates, P.C., hereby dismisses this action pursuant Federal Rule of Civil Procedure 41(a)(1)(A)(i), and in support of thereof, states as follows:

1. Plaintiff filed the above-mentioned cause on June 2, 2008.

2. Defendant has not served Plaintiff with an answer or a motion for summary judgment to date.

3. All issues being resolved, Plaintiff dismisses the above-mentioned cause pursuant Federal Rule of Civil Procedure 41(a)(1)(A)(i).

                     Respectfully submitted,

                     **KAMELI & ASSOCIATES, P.C.**
                     John R. Floss
                     /s/John R. Floss/

111 E. Wacker Street, Suite 555
Chicago, Illinois  60601
312.233.1000 – phone
312.233.1007 – facsimile

**DATED:  June 13, 2008**