IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | | |
|---|---|---|
| YASER AL-HASI, | ) | |
| | ) | Case No: 08 CV 3182 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Hon. J. Nordberg |
| | ) | |
| RUTH A. DOROCHOFF, in her official capacity as District Director of United States Citizenship and Immigration Services, | ) ) ) ) ) | Hon. Magistrate J. Mason |
| | ) | |
| Defendant. | ) | |

## NOTICE OF FILING

To:   U.S. Attorneys
      219 S. Dearborn St., Suite 500
      Chicago, IL 60604

**PLEASE TAKE NOTICE** that on June 13, 2008, I filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division the accompanying PLAINTIFF'S NOTICE OF DISMISSAL.

                                                    John R. Floss
                                                    /s/John R. Floss/

## CERTIFICATE OF SERVICE

I, John R. Floss, an attorney, hereby certify that I caused a true and accurate copy of PLAINTIFF'S NOTICE OF DISMISSAL to be served upon the above-stated party via electronic filing on June 13, 2008.

                                                    John R. Floss
                                                    /s/John R. Floss/

Law Offices of Kameli & Associates, P.C.
111 E. Wacker Street, Suite 555
Chicago, Illinois  60601
312.233.1000 – phone
312.233.1007 – facsimile

**DATED:  June 13, 2008**